IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00118-WYD-BNB

GMAC REAL ESTATE, LLC, a Delaware limited liability company,

Plaintiff,

v.

REAL ESTATE SALES OF THE ROCKIES, LTD., a dissolved Colorado corporation, a/k/a ROCKIES REAL ESTATE STORE LIMITED;
GMAC REAL ESTATE OF THE ROCKIES LIMITED, a Colorado corporation;
ROCKIES REAL ESTATE STORE LIMITED, a Colorado corporation;
MICHAEL D. MADSEN, an individual; and
JOHN DOE CORPORATIONS NOS. 1 through 5,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Motion to Compel** (the "Motion"), filed September 8, 2005. I held a hearing on the Motion today and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED with respect to Production Requests 4, 9, 10, 12, 6, and 11 to require the defendants to provide supplemental responses consistent with the requirements of Fed. R. Civ. P. 34(b), which shall constitute a certification by the signing attorney that a thorough an good faith search has been undertaken under his or her supervision and that all responsive documents, if any, have been produced.

IT IS FURTHER ORDERED that the Motion is DENIED AS MOOT with respect to Production Request 13.

IT IS FURTHER ORDERED that the Motion is GRANTED with respect to Production Request 14 to require the defendants to produce all responsive documents that can be retrieved from computers in their possession, custody, or control.

IT IS FURTHER ORDERED that the supplemental responses required by this order shall be served on or before **October 26, 2005**.

Dated October 11, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge