IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00118-WYD-BNB

GMAC REAL ESTATE, LLC, a Delaware limited liability company,

Plaintiff,

v.

REAL ESTATE SALES OF THE ROCKIES, LTD., a dissolved Colorado corporation,
     a/k/a ROCKIES REAL ESTATE STORE, LTD.;
GMAC REAL ESTATE OF THE ROCKIES LIMITED, a Colorado corporation;
ROCKIES REAL ESTATE STORE LIMITED, a Colorado corporation
MICHAEL D. MADSEN, an individual, and
JOHN DOE CORPORATIONS NOS. 1 THROUGH 5,

Defendants.
_____

## ORDER
_____

This matter is before me on the following:

(1)     **Plaintiff's Motion for Sanctions**, filed November 21, 2005;

(2)     **Plaintiff's Second Motion for Sanctions**, filed December 7, 2005; and

(3)     Defendants' **Motion for Extension of Time to Respond to the Plaintiff's**

**Motion for Sanctions** (the "Motion for Extension"), filed December 9, 2005.

The two motions for sanctions relate generally to the same conduct--the alleged failure of

the defendants to comply with my order compelling discovery entered on October 11, 2005.  The

two motions together are 23 pages in length, and include several attachments.  Multiple motions

dealing with the same topic are improper, and I find that it would be a wasteful use of the court's

resources to review two motions dealing substantially with the same topic.

The Motion for Extension seeks an extension of time for the defendants to respond to the motions for sanctions due to their counsel's motion to withdraw based on a stated irreconcilable conflict.  That motion to withdraw indicates that the defendants' responses to discovery, some of which were the subject of the order compelling discovery, "may not be complete" and that "the undersigned counsel does not know if there are any additional documents that may need to be produced."  Thus the asserted irreconcilable conflict appears to be related to the motions for sanctions.

IT IS ORDERED that the Plaintiff's Motion for Sanctions and the Plaintiff's Second Motion for Sanctions are DENIED WITHOUT PREJUDICE.  The plaintiff may refile a single motion raising the dispute addressed in these two motions.

IT IS FURTHER ORDERED that the hearing on the Plaintiff's Motion for Sanctions set for **January 3, 2006, at 8:30 a.m.**, is VACATED.

IT IS FURTHER ORDERED that the Motion for Extension is DENIED as moot.

Dated December 13, 2005.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge