IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00118-WYD-BNB

GMAC REAL ESTATE, LLC, a Delaware limited liability company,

    Plaintiff,

v.

REAL ESTATE SALES OF THE ROCKIES, LTD., a dissolved Colorado corporation,
a/k/a ROCKIES REAL ESTATE STORE, LTD.;
GMAC REAL ESTATE OF THE ROCKIES LIMITED, a Colorado corporation;
ROCKIES REAL ESTATE STORE LIMITED, a Colorado corporation;
MICHAEL D. MADSEN, an individual; and
JOHN DOE CORPORATION NOS. 1 THROUGH 5,

    Defendants.
_____

**ORDER**
_____

THIS MATTER comes before the Court on J. Mark Smith's Motion to Withdraw as Counsel for Defendants (#50), filed December 9, 2005.  Withdrawal of counsel is governed by D.C.COLO.LCivR 83.3D.  Having reviewed the Motion, I find that Defendants' Counsel has complied with the requirements of the Local Rule.  Counsel has provided notice of withdrawal to his clients, the Defendants in this matter, as required by the Local Rule.  He also stated that an irreconcilable conflict has arisen and that any detailed discussion of the grounds would violate the Rules of Professional Conduct.  Finally, Counsel informed Defendants of their responsibilities for complying with court orders and time limitations, and he notified Defendants that are corporations, partnerships, or legal entities that they will not be able to appear on their own behalf without counsel.

-2-

For the reasons stated above, I find that Defendants' Counsel has complied with D.C.COLO.LCivR 83.3D and, as such, is permitted to withdraw as counsel for Defendants. Accordingly, it is

ORDERED that the Motion to Withdraw as Counsel for Defendants (#50), filed December 9, 2005, is **GRANTED**.

Dated: December 16, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge