IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00118-WYD-BNB

GMAC REAL ESTATE, LLC, a Delaware limited liability company,

Plaintiff,

v.

REAL ESTATE SALES OF THE ROCKIES, LTD., a dissolved Colorado corporation,
    a/k/a ROCKIES REAL ESTATE STORE, LTD.;
GMAC REAL ESTATE OF THE ROCKIES LIMITED, a Colorado corporation;
ROCKIES REAL ESTATE STORE LIMITED, a Colorado corporation
MICHAEL D. MADSEN, an individual, and
JOHN DOE CORPORATIONS NOS. 1 THROUGH 5,

Defendants.
_____

## ORDER
_____

This matter is before me on the plaintiff's **Motion Regarding Amount of Sanctions** [Doc. # 92, filed 2/1/6/06] (the "Motion"). By an order entered January 27, 2006, I imposed sanctions against the defendants based on their failure to comply with an earlier order compelling discovery. I awarded sanctions in favor of the plaintiff and against the defendants in the form of attorneys' fees incurred by the plaintiff in taking two depositions and in filing the motions for sanctions. I ordered the parties to confer as to the amount of the sanction, and to bring the issue to me for a ruling only if they could not reach an agreement on the amount.

The Motion was filed when the parties were unable to agree on the amount of the sanction. Thereafter, I ordered a response to the Motion and set it for hearing on March 28, 2006. No response to the Motion was filed, and the parties announced at the beginning of the

hearing this morning that they had reached an agreement on the amount of the sanction. Upon review, I conclude that the agreement reached by the parties is appropriate and that the sanction is reasonable in light of the work necessarily performed by plaintiff's counsel as a result of the defendants' failure to comply with the order compelling discovery. Accordingly:

IT IS ORDERED that attorneys' fees in the amount of $23,940 are awarded to the plaintiff and against defendant Michael D. Madsen personally.

IT IS FURTHER ORDERED that Mr. Madsen shall make payment of the $23,940 sanction award by a certified check delivered to the offices of Sherman & Howard, LLC, 633 Seventeenth Street, Suite 3000, Denver, Colorado, on or before **April 11, 2006, at 5:00 p.m.**

Dated March 28, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge